■ In the Matter of SABRIEAL A., Also Known as SAYBRIEL A. HARLEM DOWLIING-WESTSIDE CENTER FOR CHILDREN AND FAMILY SERVICES, Respondent; KIMBERLY M., Appellant. [679 NYS2d 910] —In a proceeding pursuant to Social Services Law § 384-b to terminate the parental rights of the mother on the basis of permanent neglect, the mother appeals from a dispositional order of the Family Court, Kings County (Ambrosio, J.), dated March 18, 1997, which, after fact-finding and dispositional hearings, *inter alia,* terminated her parental rights and committed the custody of the child to the Commissioner of Social Services of the City of New York and to Harlem Dowling-Westside Center for Children and Family Services.

Ordered that the dispositional order is affirmed, without costs or disbursements.

A suspended judgment may be revoked if the court finds that a preponderance of the evidence adduced at a violation hearing establishes noncompliance with a condition of that judgment (*see, Matter of Jennifer VV.,* 241 AD2d 622; *Matter of Jennifer T.,* 224 AD2d 843, 844; *Matter of Joshua Justin T.,* 208 AD2d 469; *Matter of Israel R.,* 200 AD2d 498; *Matter of Grace Q.,* 200

AD2d 894, 895; *Matter of Lawrence Clinton S.,* 186 AD2d 808, 809; *Matter of Gerald M.,* 112 AD2d 6). The evidence presented at the hearings supports the Family Court's findings, *inter alia,* that the mother failed to satisfy certain conditions of the suspended judgments and that the termination of her parental rights was in the best interests of her child (*see, Matter of Orange County Dept. of Social Servs. [Jason Paul W.] v Jeanne Z.,* 209 AD2d 703; *Matter of Sharena C.,* 186 AD2d 249; *Matter of Lawrence Clinton S., supra*).

The mother's remaining contention is without merit. Ritter, J. P., Thompson, Pizzuto and McGinity, JJ., concur.